UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

FILED'10 JUL 01 10:51 USDC-ORP

| | |
|---|---|
| UNITED STATES OF AMERICA, | 88-CR-175-6 (RE) |
| Plaintiff, | **ORDER QUASHING WARRANT** |
| v. | |
| WEON PIL KIM, | |
| Defendant. | |

Based on the government's motion to quash the warrant as to this Defendant, and upon the dismissal of the indictment as to this Defendant, it is hereby ordered that the warrant issued for Defendant Weon Pil Kim is quashed.

Dated this ___ day of July, 2010

HONORABLE JAMES A. REDDEN
United States District Judge

Submitted on June 29, 2010 by:

DWIGHT C. HOLTON
United States Attorney

/s/ John F. Deits
Assistant United States Attorney